UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CAR-FRESHNER CORPORATION,

and

JULIUS SÄMANN LTD.,

                Plaintiffs,

v.

AMERICAN COVERS, LLC F/K/A AMERICAN COVERS, INC. D/B/A HANDSTANDS, ENERGIZER HOLDINGS, INC., and ENERGIZER BRANDS, LLC,

                Defendants.

Civil Action No.: 5:17-cv-171 (TJM/ATB)

## SUMMONS IN A CIVIL ACTION

To:    AMERICAN COVERS, LLC f/k/a AMERICAN COVERS, INC. d/b/a HANDSTANDS
        533 Maryville University Dr.
        St Louis, Mo 63141

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must file and serve on the Plaintiffs an answer to the attached Complaint and Jury Demand or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John G. Powers, Esq.
        Hancock Estabrook, LLP
        100 Madison Street
        1500 AXA Tower I
        Syracuse, New York 13202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 2/16/2017                        s/Kathy Rogers
                                      *Signature of Clerk or Deputy Clerk*

{H3010012.1}