# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**　　　　　　　　　　　　　　　　　　Alexander Pirnie Federal Building
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10 Broad Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Utica NY 13501
**JOHN M. DOMURAD**　　　　　　　　　　　　　　　　　　　　(315) 793-8151
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

April 27, 2017

Jennifer Fairbairn Deal, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

RE: Car-Freshner Corporation, et al. vs. American Covers, LLC, et al.
NYND CASE NO. 5:17-CV-0171 (TJM/ATB)

Dear Sir or Madam:

Please be advised that the above case was filed February 16, 2017, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required. The attorney admission forms can be found on our website at:
http://www.nynd.uscourts.gov/attorney-admissions.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

　　　　　　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. BAERMAN, CLERK


　　　　　　　　　　　　　　　　　　　　　　　By:  s/ Helen M. Reese,
　　　　　　　　　　　　　　　　　　　　　　　　　　Case Processing Specialist

Encs.
cc: Paul Marc Rosenblatt, Esq. (via CM/ECF)
　　William H. Brewster, Esq. (via CM/ECF)
　　John G. Powers, Esq. (via CM/ECF)
　　NDNY File