# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION, and JULIUS SÄMANN LTD., <br><br>        Plaintiffs, <br><br>   v. <br><br>AMERICAN COVERS, LLC F/K/A AMERICAN COVERS, INC. D/B/A HANDSTANDS, ENERGIZER HOLDINGS, INC., and ENERGIZER BRANDS, LLC, <br><br>        Defendants. | Civil Action No.: 5:17-cv-171 (TJM/ATB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lacy H. Koonce, III, Esq. of DAVIS WRIGHT TREMAINE LLP hereby enters his appearance as counsel for the Plaintiffs in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 9, 2017

                Respectfully submitted,

                By: /s/ Lacy H. Koonce, III__
                     Lacy H. Koonce, III

                Davis Wright Tremaine LLP
                1251 Avenue of the Americas, 21st Floor
                New York, NY 10020-1104
                Tel.: (212) 489-8230
                Fax: (212) 489-8340
                lancekoonce@dwt.com
                *Attorneys for Plaintiffs*

4812-6672-5960v.1 0097958-000005