IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION, and JULIUS SÄMANN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN COVERS, LLC F/K/A AMERICAN COVERS, INC. D/B/A ENERGIZER, ENERGIZER HOLDINGS, INC., and ENERGIZER BRANDS, LLC, <br><br> Defendants. | Civil Action No.: 5:17-cv-171 (FJS/ATB) |

**DEFENDANTS' MOTION *IN LIMINE* NO. 2
TO EXCLUDE EVIDENCE OF ANONYMOUS AMAZON.COM INQUIRY**

Defendants American Covers, LLC, d/b/a Handstands ("Handstands"), Energizer Holdings, Inc., and Energizer Brands, LLC (collectively, with Handstands, "Energizer") respectfully move *in limine* to exclude evidence concerning an anonymous Amazon.com inquiry.

**I.  EVIDENCE AT ISSUE**

Plaintiffs' Exhibit P-094 (the "Challenged Exhibit") contains a hearsay declaration from Jesse Jensen, a paralegal at Amazon.com (the "Jensen Declaration"). *See* Annex A. The declaration purports to attach "Exhibit A" and "Exhibit B," but there are no such delineations in the attachments to the Challenged Exhibit. In fact, the first page of the attachments includes "Page 2 of 2" at the top and appears not to contain any relevant information. None of the attachments bears a Bates number.

The remainder of the Challenged Exhibit following the Jensen Declaration appears to show portions of an Amazon.com page that depict one of the accused products in this action (the "Amazon Listing"). On "Page 4 of 6," there is an inquiry reading: "Is the can of Midnight Black

1

Ice [sic] the same as the spray, and the hanging trees?"

## II.     ARGUMENT

### A.     The Jensen Declaration is Hearsay

The Jensen Declaration contains nothing but out-of-court statements, which Plaintiffs intend to offer to prove the truth of the matters asserted in those statements. Fed. R. Evid. 801(c). No exception applies. *Ty, Inc. v. GMA Accessories, Inc.*, 132 F.3d 1167, 1171 (7th Cir. 1997) ("Affidavits are ordinarily inadmissible at trials . . . ."). Accordingly, the Jensen Declaration should be excluded.

### B.     The Amazon Printout Lacks Foundation and are Irrelevant

Even if Plaintiffs can lay proper foundation for the Amazon Listing without the Jensen Declaration (Fed. R. Evid. 602, 901), the printout should be excluded as irrelevant. Fed. R. Evid. 402.

"Generally, a plaintiff charging infringement attempts to prove actual confusion through market surveys reflecting consumer confusion and through anecdotal evidence of consumer confusion." *Windsor, Inc. v. Intravco Travel Centers, Inc.*, 799 F. Supp. 1513, 1524–25 (S.D.N.Y. 1992). Plaintiffs intend to offer the Amazon Printout as "anecdotal evidence of consumer confusion," but at least one court in this Circuit has found—after a bench trial—that the exact type of inquiry reflected in the Amazon Printout does not show actual confusion. *See, e.g.*, *Real News Project, Inc. v. Independent World Tel., Inc.*, No. 06 Civ. 4322 (GEL), 2008 WL 2229830, at *18 (S.D.N.Y. May 27, 2008) (finding that an email "inquiring whether RNP was the same organization that Paul Jay has launched" did "not amount to actual confusion") (internal quotation marks omitted).

Even if the single inquiry reflected in the Amazon Printout could potentially be probative

of confusion—and it is not—Plaintiffs have no evidence that the inquiry was posted by a relevant consumer. Accordingly, it must be excluded as irrelevant.

To begin, "[a] trademark is inherently territorial and it exists in each country solely according to that particular country's statutory scheme." *Calzaturificio Rangoni S.p.A. v. U.S. Shoe Corp.*, 868 F. Supp. 1414, 1418 (S.D.N.Y. 1994). Accordingly, only confusion among United States consumers is relevant. *See* 5 J. Thomas McCarthy, *McCarthy on Trademarks and Unfair Competition* ("McCarthy") § 29:2 (5th ed. 2022); *Double J of Broward Inc. v. Skalony Sportswear Gmbh*, 21 U.S.P.Q.2d 1609 (T.T.A.B. 1991) ("Information concerning . . . foreign activities . . . is not relevant" to issue of likelihood of confusion). Plaintiffs have no evidence that the inquiry in the Amazon Printout came from the United States, so it should be excluded. *See Jamdat Mobile, Inc. v. Jamster Int'l Sarl Ltd., Inc.*, No. CV 05-3945 PA (FMOx), 2005 WL 5960925, at *1 (C.D. Cal. Oct. 28, 2005) (granting motion *in limine* "to exclude evidence regarding confusion or lack thereof between the parties' marks outside the United States").

In addition, Defendants sold the accused products only to retailers and distributors, who sold to their consumers for air fresheners, meaning only confusion among those groups is relevant. That is because a trademark plaintiff must prove "a probability of confusion, not a mere possibility, affecting *numerous ordinary prudent purchasers*." *Star Indus., Inc. v. Bacardi & Co. Ltd.*, 412 F.3d 373, 383 (2d Cir. 2005) (emphasis added). Here, the inquiry in the Amazon Listing was posted anonymously, meaning Plaintiffs have no evidence that the inquirer comes from a relevant purchasing group. That evidence therefore should be excluded. *See On Site Energy Co., Inc. v. MTU Onsite Energy Corp.*, No. 10-CV-1671 (JS)(WDW), 2013 WL 3990919, at *9 (E.D.N.Y. Aug. 2, 2013) (purported confusion evidence excluded as irrelevant because it did not arise among the relevant group of purchasers).

**III.     CONCLUSION**

In accordance with the foregoing, Energizer's Motion *in Limine* No. 2 should be granted.

Dated: June 15, 2022

        By: By: */s/ William H. Brewster*
        William H. Brewster (BRN 520585)
        R. Charles Henn, Jr. (admitted pro hac vice)
        KILPATRICK TOWNSEND & STOCKTON LLP
        1100 Peachtree Street NE, Suite 2800
        Atlanta, GA 30309
        (404) 815-6500
        bbrewster@kilpatricktownsend.com
        chenn@kilpatricktownsend.com

        H. Forrest Flemming, III (703406)
        KILPATRICK TOWNSEND & STOCKTON LLP
        1114 Avenue of the Americas
        New York, New York 10036
        (212) 775-8779
        fflemming@kilpatricktownsend.com

        *Counsel for Defendants American Covers, LLC, Energizer Holdings, Inc., & Energizer Brands, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION, and JULIUS SAMANN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN COVERS, LLC F/K/A AMERICAN COVERS, INC. D/B/A HANDSTANDS, ENERGIZER HOLDINGS, INC., and ENERGIZER BRANDS, LLC, <br><br> Defendants. | Civil Action No. 5:17-cv-171 (FJS/ATB) |

## CERTIFICATE OF SERVICE

I CERTIFY that on June 15, 2022, the foregoing was served on counsel for Plaintiffs via the Court's CM/ECF system.

/s/ H. Forrest Flemming, III
H. Forrest Flemming, III

5

# **<u>ANNEX A</u>**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO. 5:17-cv-00171-FJS-ATB

PLAINTIFF EXHIBIT NO. **P-094**

DATE ENTERED _____

JOHN M. DOMURAD, CLERK

BY: _____
             **DEPUTY CLERK**

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF NEW YORK

CAR-FRESHNER CORPORATION and
JULIUS SAMANN LTD.,

        Plaintiff,

v.

AMERICAN COVERS, LLC f/k/a AMERICAN COVERS, INC. d/b/a HANDSTANDS, ENERGIZER HOLDINGS, INC., and ENERGIZER BRANDS, LLC,

        Defendants.

Case No. 5:17-cv-171 (TJM/ATB)

**DECLARATION OF JESSE JENSEN REGARDING BUSINESS RECORDS OF NON-PARTY AMAZON.COM**

Jesse Jensen declares as follows:

1. I am a Paralegal in the Litigation and Regulatory group at Amazon.com ("Amazon"). My responsibilities include investigating, responding to, and managing lawsuits and other legal matters involving Amazon and its affiliates. I make this declaration based on my personal knowledge and my review of Amazon records kept and maintained in the ordinary course of business.

2. Attached as Exhibit A is a true and correct copy of the product detail page, as it exists March 2, 2018, for the listing sold under Amazon Standard Identification Number (ASIN) B01MTDH3OD, and available at the following link:

https://www.amazon.com/dp/B01MTDH3OD/ref=psdc_15735121_t4_B01N6VDAUR.

JENSEN DECLARATION - 1
4844-2051-8491v.1 0051461-001419

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Ave., Ste. 2200, Seattle, WA 98101
206-622-3150 main · 206-757-7700 fax

1      3.    The product detail page for ASIN B01MTDH3OD includes a question posted on
2  October 29, 2017. A true and correct copy of the webpage with this question is attached as
3  Exhibit B, and available at the following link:
4  https://www.amazon.com/ask/questions/Tx2IUBWXQ981ZC/ref=ask_dp_dpmw_al_hza.
5      4.    The records in Exhibits A and B reflect data stored on Amazon servers. That
6  data, including specifically the October 29, 2017 question about ASIN B01MTDH3OD, are kept
7  and maintained in the course of regularly conducted activity of Amazon, relied upon by Amazon
8  in the ordinary course, and recorded at or near the time of the event in question.

10      I declare under penalty of perjury that the foregoing is true and correct.
11  Executed this __5__ day of __March__, 2018, at Seattle Washington.

_____
Jesse Jensen

JENSEN DECLARATION - 2
4844-2051-8491v.1 0051461-001419

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Ave., Ste. 2200, Seattle, WA 98101
206-622-3150 main · 206-757-7700 fax

| | | |
|---|---|---|
| Try Prime | Automotive Parts & Accessories | |
| Deliver to seattle | Departments ▾   Your Amazon.com | EN ▾   Hello. Sign in Account & Lists ▾   Orders   Try Prime ▾   0 Cart |

| Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ |

**Shop by vehicle:**   Year   Make   Model   Go                                Your Garage (0)

$10 & Under with FREE shipping

Automotive › Interior Accessories › Air Fresheners



Roll over image to zoom in

Share

**Add-on Item**

Ships with any qualifying order over $25. Details

Qty: 1

Add to Cart

1-Click ordering is not available for this item.

Deliver to seattle 98101

Add to List

**Other Sellers on Amazon**

$6.44   Add to Cart
Add-on Item
FREE Shipping on eligible orders.
Sold by: Prime SuperStore

New (4) from $3.38 & FREE shipping.

Have one to sell?   Sell on Amazon

Refresh Your Car! 09902 Dual Scent ... 5 oz., Midnight Black/Ice ... Scent

3 customer reviews

$9.07
$3.38 & **FREE Shipping** on orders over $25. Details
$5.69 (63%)

... and sold by Amazon.com. Gift-wrap available.

Case $22.99 | Single $3.38

- ... gel can
- ... rful fragrance experience in a discreet and easily ... container
- ... ased gel can with scent control lids
- Scent control with the innovative pop-top lid
- Midnight Black and Ice Storm dual scent

› See more product details

Compare with similar items

**Add-on Item**

**This item is available because of the Add-on program**
The Add-on program allows Amazon to offer thousands of low-priced items that would be cost-prohibitive to ship on their own. These items ship with qualifying orders over $25. Details

**New** (4) from $3.38 & FREE shipping.

**Frequently bought together**



Total price: $31.27
Add all three to Cart
Add all three to List

☑ **This item:** Refresh Your Car! 09902 Dual Scent Gel Can, 5 oz., Midnight Black/Ice Storm Scent $3.38   Add-on Item
☑ Little Trees U6P-60155 Black Ice Air Freshener, (Pack of 24) $14.93
☑ Little Trees Vent Wrap Air Freshener, Black Ice, 4 Packs of 4 $12.96

**Sponsored products related to this item** (What's this?)                                                                                                      Page 1 of 20

    

| Moso Natural Air Purifying Bag. Odor Eliminator for Cars, Closets, Bathrooms and Pe... | Car Fragrance Diffuser Air Freshner Vent Clip, Wooden Car Aromatherapy Essential... | Febreze Car Air Freshener, 2 Gain Original and 2 Gain Island Fresh scents (4 count,... | Car Air Freshener - Car Freshener - Air Freshener Car - Car Perfume - Perfumes For ... | Chemical Guys AIR_102_16 Leather Scent Premium Air Freshener and Odor Eliminator |
|---|---|---|---|---|
| 217 | 49 | 60 | 59 | 775 |
| $37.99 | $12.99 | $13.99 | $11.99 | $9.99 |

Ad feedback

**Customers who viewed this item also viewed**                                                                                                                    Page 1 of 2

    

| Little Trees U6P-60155 Black Ice Air Freshener, (Pack of 24) | Little Trees Vent Wrap Air Freshener, Black Ice, 4 Packs of 4 | Little Trees Vent Clip+ Air Freshener, Black Ice, Pack of 4 | Driven by Refresh Your Car! 74107 Gel Can, Black Out | California Scents California Car Scents 4-Unit Tray Laguna Breeze, 1.5-Oz Tins (Pack of 4) |
|---|---|---|---|---|
| 1,106 | 118 | 25 | 43 | 24 |
| $14.93 | $12.96 | $13.34 | 4 offers from $2.96 | $13.23 |

**Compare with similar items**

  

| | This item Refresh Your Car! 09902 Dual Scent Gel Can, 5 oz., Midnight Black/Ice Storm Scent | Little Trees U6P-60155 Black Ice Air Freshener, (Pack of 24) | Little Trees Vent Wrap Air Freshener, Black Ice, 4 Packs of 4 | Little Trees 2 Oz. Pump Spray Car, Home and Office Air Freshener, Black Ice |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (3) | (1106) | (118) | (100) |
| Price | $3.38 | $14.93 | $12.96 | $5.99 |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | Amazon.com | Amazon.com | Amazon.com | Prime SuperStore |
| Color | — | Black Ice | Black Ice | — |
| Item Dimensions | 2.9 x 2.9 x 2.7 in | 1 x 1 x 1 in | 3 x 7.5 x 1.75 in | 2.2 x 4.2 x 1 in |
| Item Weight | — | 2.88 ounces | 0.8 ounces | 3.2 ounces |
| Size | Single | — | 16 Pack | — |
| Style Name | — | Black Ice | Freshener, 16 Pack | — |

**Special offers and product promotions**

Size: **Single**

- **Your cost could be $0.00 instead of $3.38** Get a **$50 Amazon.com Gift Card** instantly upon approval for the Amazon Rewards Visa Card Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product information

Size **Single**

### Technical Details

| | | |
|---|---|---|
| Brand | | Refresh Your Car |
| Item Weight | | 7.5 ounces |
| Product Dimensions | | 2.9 x 2.9 x 2.7 inches |
| Item model number | | 09902 |
| Manufacturer Part Number | | 09902 |
| Cover Included | | 1 5oz Gel Can Midnight Black/Ice Storm |

### Additional Information

| | |
|---|---|
| ASIN | B01MTDH3OD |
| Customer Reviews | 3 customer reviews<br>2.7 out of 5 stars |
| Best Sellers Rank | #106,857 in Automotive (See top 100)<br>#605 in Automotive > Interior Accessories > Air Fresheners<br>#800 in Automotive > RV Parts & Accessories > Furnishings & Interior Accessories > Air Fresheners & Dehumidifiers |
| Shipping Weight | 7.5 ounces (View shipping rates and policies) |
| Domestic Shipping | Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. |
| International Shipping | This item is not eligible for international shipping. Learn More |
| Date First Available | January 27, 2017 |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Product description

Size: **Single**

The Refresh Your Car Dual Scent Gel Can packs a powerful fragrance experience in a discreet and easily hidden container. The 5oz Dual Scent gels delivers two great fragrances in a single yet beautiful container and offers scent control with the innovative pop-top lid. If you are looking for a discreet air freshener option, look no further than Refresh Your Car Cans!.

## Customers who bought this item also bought






Little Trees U6P-60155 ... | Little Trees Vent Clip+ Air ... | Little Trees Vent Wrap Air ... | Refresh Your Car! 09538 Vent Sticks ...

**Sponsored products related to this item** (What's this?)   Page 1 of 14







| Febreze Car Air Freshener, 2 Linen & Sky and 2 Hawaiian Aloha scents (4 count, .06 ... | Car Air Freshener - Ca Freshener - Air Freshene Car - Car Perfume - Perfumes For .. | California Scents California Car Scents 4-Unit Trays, Laguna Breeze, 1.5-Ounce Tins... | Moso Natural Air Purifying Bag. Odor Eliminator for Cars, Closets, Bathrooms and Pe... | Poo-Pourri Before-You Toilet Spray 4ml Trave Size Disposable Spritz Lavender.. |
| --- | --- | --- | --- | --- |
| 60 | 59 | 24 | 217 | 9678 |
| $13.99 | $11.99 | $13.23 | $37.99 | $4.99 |

Ad feedback





Ad feedback

## Customer questions & answers

Have a question? Search for answers

| 0 votes | **Question:** | Is the can of Midnight Black Ice the same as the spray, and the hanging trees? |
| --- | --- | --- |
| | **Answer:** | This is made by a different manufacturer and smells different |
| | | By Discount Detailers  on October 29, 2017 |

## Customer Reviews



3
2.7 out of 5 stars

| 5 star | 33% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 67% |

See all 3 customer reviews

Share your thoughts with other customers

Write a customer review

**Top customer reviews**

Ad feedback

**Edgar**

**Search customer reviews**

**Didn't meet my expectations at all**

March 22, 2017

Size: Case    Verified Purchase

Pretty packaging but doesn't serve it's purpose. Opened two but still doesn't release the scent. Not to mention the two times the sent me a photo album when I ordered car fresheners. Got it rigt on the third time but this product doesn't freshen your car. Sucked coz the packaging was cool.

Comment    Was this review helpful to you?   Yes   No   Report abuse

**Eldin Arifovic**

**Five Stars**

January 21, 2018

Size: Single    Verified Purchase

Removes All Oders

Comment    Was this review helpful to you?   Yes   No   Report abuse

**thomas**

**One Star**

February 4, 2018

Size: Single    Verified Purchase

Have 2 in my truck, cant smell them at all, have them both opened all the way up.

Comment    Was this review helpful to you?   Yes   No   Report abuse

See all 3 reviews

Write a customer review

**Pages with related products.** See and discover other items: black ice car freshener

Moso Natural Air Purifying Bag. Odor Eliminator for Car

$37.99    217    Shop Now

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | › See all | | Help |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
|---|---|---|---|---|---|---|
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates









Try Prime

All

Deliver to
seattle

Departments

Your Amazon.com

EN

Hello. Sign in
Account & Lists

Orders

Try Prime

0
Cart

Refresh Your Car! 09902 Dual Scent Gel Can, 5 oz., Midnight Black/ Ice Storm Scent

# Is the can of Midnight Black Ice the same as the spray, and the hanging trees?

asked on October 29, 2017

**Answer this question**

Your answers help others learn about this product.

See all questions about this product

Answer

Showing 1-1 of 1 answers

This is made by a different manufacturer and smells different
Discount Detailers SELLER answered on October 29, 2017
Leave a Comment | Do you find this helpful? Yes No | Report abuse

← Previous 1 Next →

Your recently viewed items and featured recommendations

Inspired by your browsing history

Page 1 of 6

Little Trees Vent Clip+ Air Freshener, Black Ice, Pack of 4
25
$13.34

Little Trees Vent Wrap Air Freshener, Black Ice, 4 Packs of 4
118
$12.96

Refresh Your Car! 09538 Vent Sticks, 4 Per Pack, Midnight Black/ Ice Storm Scent
1
$5.20

Extend Bar, Peanut Butter 1.41 oz. Bars (Pack of 15)
119
$14.86

Best Sellers

True Fiction (Ian Ludlow Thrillers Book 1)
› Lee Goldberg
12
Kindle Edition
$4.99

Digging In: A Novel
› Loretta Nyhan
21
Kindle Edition
$4.99

Hell's Princess: The Mystery of Belle...
› Harold Schechter
5
Kindle Edition
$4.99

Feast: True Love in and out of the Kitchen
› Hannah Howard
7
Kindle Edition
$4.99

A Glimmer of Hope (The Avalon Chronicles Book…
› Steve McHugh
4
Kindle Edition
$4.99

Say You're Sorry (Morgan Dane Book 1)
› Melinda Leigh
1,375
Kindle Edition
$2.49

White Rose, Black Forest
› Eoin Dempsey
1,136
Kindle Edition
$4.99

You viewed  

› View or edit your browsing history

See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English         United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates