UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CAR-FRESHNER   CORPORATION   and   JULIUS
SÄMANN LTD.,

Plaintiffs,

v.

AMERICAN   COVERS,   LLC   f/k/a   AMERICAN
COVERS,  INC.  d/b/a  HANDSTANDS,  ENERGIZER
HOLDINGS, INC., and ENERGIZER BRANDS, LLC,

Defendants.

**Stipulation of Dismissal
with Prejudice**

Civil Action No.
5:17-cv-171 (FJS/ATB)

**IT  IS  HEREBY  STIPULATED  AND  AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-captioned action, that whereas no party hereto is an infant or an incompetent person, the above-captioned action be, and the same hereby is, dismissed in its entirety and with prejudice, without costs, attorneys' fees, expenses, or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

14620887

Dated: July 28, 2022

BOND, SCHOENECK & KING, PLLC

By: _/s/ Louis Orbach_
    Louis Orbach (507815)
    Liza R. Magley (519849)
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Email:
    lorbach@bsk.com
    lmagley@bsk.com

_Attorneys for Plaintiffs Car-Freshner_
_Corporation and Julius Sämann Ltd._

Dated: July 28, 2022

KILPATRICK TOWNSEND &
STOCKTON LLP

By: _/s/ William H. Brewster_
    William H. Brewster (520585)
    R. Charles Henn (_pro hac vice_)
    H. Forrest Flemming (703406)
1100 Peachtree Street NE, Ste 2800
Atlanta, GA 30309
 -and-
1114 Avenue of the Americas – 21st Fl.
New York, New York 10036
Telephone: (404) 815-6500
Telephone: (212) 775-8779
Email:
    bbrewster@kilpatricktownsend.com
    chenn@kilpatricktownsend.com
    fflemming@kilpatricktownsend.com

_Attorneys for Defendants American_
_Covers, LLC, Energizer Holdings, Inc.,_
_and Energizer Brands, LLC_

Date: July 28, 2022

IT IS SO ORDERED.

_____

Frederick J. Scullin, Jr.
Senior United States District Judge

14620887